IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

New School for Enterprise and Development Public Charter School
Plaintiff(s)

Case Number: 1:05CV01980 JGP

vs

Ruby Ledbetter
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on October 27, 2005 at 6:45 PM, I executed service of process upon **RUBY LEDBETTER** at 3005 20th Street NE, Washington, DC 20018 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order, Attorney/Participate Registration Form.

Ruby Ledbetter is described as a Black Female, approximately 5' 6" tall, 200-225 pounds, Brown eyes, Black hair, and 48 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 31, 2005.

Date October 31, 2005.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on October 31, 2005.

_____
My Commission Expires:   Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006

NANCY M. MAYER-WHITTINGTON
CLERK
2005 NOV -1 PM 4:51
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

New School For Enterprise and Development
Public Charter School

**SUMMONS IN A CIVIL CASE**

V.

Ruby Ledbetter, as the next of friend of the
minor child, ETAL
G.E., and
G.E., individually

CASE NUMBER  1:05CV01980

JUDGE: John Garrett Penn

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/06/2005

TO: (Name and address of Defendant)

Ruby Ledbetter
3005 20th Street, NE
Washington, DC 20018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William E. Houston, Esq.
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Washington, DC 22314

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON  OCT - 6 2005
CLERK                       DATE

_Maureen Higgins_
(By) DEPUTY CLERK