# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

New School for Enterprise and Development Public Charter School
Plaintiff(s)

Case Number: 1:05CV01980 JGP

vs

Ruby Ledbetter
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on November 8, 2005 at 2:36 PM, I executed service of process upon **AMILETH AMAYA, ASSISTANT TO ROBERA GAMBALE, AUTHORIZED TO ACCEPT SERVICE OF ROBERTA GAMBALE** at James E. Brown & Associates, 1220 L Street NW Suite 700, Washington, DC 20005, by delivering to and leaving with personally, copies of Miscellaneous Service(s) Summons in a Civil Case, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order, Attorney/Participate Registration Form.

Amileth Amaya is described as a Middle Eastern Female, approximately 5' 6" tall, 130-140 pounds, Brown eyes, Brown hair, and 31 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 44 years of age, Date of Birth 4/4/61; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 8, 2005.

Date November 8, 2005.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 8, 2005.

_____
My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

**RECEIVED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT