TYPE-L

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01980-JGP

NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL et al v. LEDBETTER et al
Assigned to: Judge John Garrett Penn
Cause: 20:1400 Civil Rights of Handicapped Child

Date Filed: 10/06/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL

represented by **William E. Houston**
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
(703) 739-4300
Fax: (703) 739-2323
Email: dcspedlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

RUBY LEDBETTER
*as next friend of the minor child, G.E*

**Defendant**

G.E.
*individually*

**Defendant**

ROBERTA GAMBALE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2005 | 1 | COMPLAINT against RUBY LEDBETTER, G.E., ROBERTA GAMBALE (Filing fee $ 250) filed by NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL. (rje, ) (Entered: 10/07/2005) |
| 10/07/2005 |  | Summons (2) Issued as to RUBY LEDBETTER, ROBERTA GAMBALE. (rje, ) (Entered: 10/07/2005) |
|  |  |  |

| 11/01/2005 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RUBY LEDBETTER served on 10/27/2005, answer due 11/16/2005 (lc, ) (Entered: 11/02/2005) |
|---|---|---|
| 11/15/2005 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ROBERTA GAMBALE served on 11/8/2005, answer due 11/28/2005 (tg, ) (Entered: 11/18/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2006 09:34:39 | | | |
| PACER Login: | dd0394 | Client Code: | IDEA |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01980-JGP |
| Billable Pages: | 1 | Cost: | 0.08 |