**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
| **AND DEVELOPMENT** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| **Plaintiff** | : | |
| **v.** | : | **CA NO.  05CV1980  (JGP)** |
| **RUBY LEDBETTER**, *et alia* | : | |
| **Defendants** | : | |
| | : | |

**<u>AFFIDAVIT IN SUPPORT OF DEFAULT</u>**

I hereby certify under penalty of perjury , this 20th day of January 2006, that I am the

attorney of record for the plaintiff in the above-entitled case; that the defendants

Ruby Ledbetter and minor child G.E., along with their legal counsel, Roberta Gambale

were personally served with process on 27 October 2005  and on 8 November 2005, respectively.

The Return of Service/Affidavits were filed with this Court and the answers to the complaint

were due on 16 November 2005 and 28 November 2005 respectively.

I further certify under penalty of perjury that no appearance has been entered by said

defendants in this case; no pleading has been filed and none served upon the attorney for the

plaintiff; no extension has been given and the time for filing has expired; that the defendant is

neither an infant nor an incompetent person.  (Defendant mother and her minor child has been

competently represented by counsel).

The Clerk is requested to enter a Default against said defendants.

Respectfully submitted
//S//
_____
William E. Houston, Esq.
Attorney for Plaintiff
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)