UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE<br>    AND DEVELOPMENT<br>    PUBLIC CHARTER SCHOOL<br><br>    Plaintiff<br><br>    v.<br><br>RUBY LEDBETTER, *et alia*<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   CA NO.  05CV1980  (JGP)<br>:<br>:<br>:<br>:<br>: |

# DEFAULT

It appearing that the above-named defendants, Ruby Ledbetter and G.E., have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 27th day of October 2005, with a copy served to plaintiffs' counsel Roberta Gambale on the 8th of November 2005, and an affidavit on behalf of the plaintiff, it is this _____ day of _____, 2006 declared that because the defendant has not filed an answer or any other pleading in this case and has not requested an extension of time, the defendants, Ruby Ledbetter and G.E. herein are in default.

                                                   Nancy M. Mayer-Whittington, Clerk

                                                   By _____
                                                               Deputy Clerk