TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01980-JGP

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL et al v. LEDBETTER et al<br>Assigned to: Judge John Garrett Penn<br>Cause: 20:1400 Civil Rights of Handicapped Child | Date Filed: 10/06/2005<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL** | represented by | **William E. Houston**<br>DALTON, DALTON & HOUSTON, P.C.<br>1008 Pendleton Street<br>Alexandria, VA 22314-1837<br>(703) 739-4300<br>Fax: (703) 739-2323<br>Email: dcspedlaw@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**RUBY LEDBETTER**
*as next friend of the minor child, G.E*

**Defendant**

**G.E.**
*individually*

**Defendant**

**ROBERTA GAMBALE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2005 | 1 | COMPLAINT against RUBY LEDBETTER, G.E., ROBERTA GAMBALE (Filing fee $ 250) filed by NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PUBLIC CHARTER SCHOOL. (rje, ) (Entered: 10/07/2005) |
| 10/07/2005 | | Summons (2) Issued as to RUBY LEDBETTER, ROBERTA GAMBALE. (rje, ) (Entered: 10/07/2005) |
| | | |

| | | |
|---|---|---|
| 11/01/2005 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RUBY LEDBETTER served on 10/27/2005, answer due 11/16/2005 (lc, ) (Entered: 11/02/2005) |
| 11/15/2005 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ROBERTA GAMBALE served on 11/8/2005, answer due 11/28/2005 (tg, ) (Entered: 11/18/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/17/2006 09:34:39 | | | |
| **PACER Login:** | dd0394 | **Client Code:** | IDEA |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01980-JGP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |