UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE**<br>    **AND DEVELOPMENT**<br>    **PUBLIC CHARTER SCHOOL** | : <br> : <br> : <br> : | |
| **Plaintiff** | : <br> : | |
| v. | : <br> : | CA NO.  05CV1980  (JGP) |
| **RUBY LEDBETTER,** *et alia* | : <br> : | |
| **Defendants** | : <br> : | |

## ORDER

The plaintiff having come before the Court on a Motion for Default Judgment, the clerk having entered a default, and the Court finding that the Defendants failed to respond or otherwise defend themselves against the complaint and therefore there are no material issues of fact preventing the issuance of the Default Judgment in favor of the plaintiff, this _____ day of

_____, 2006, does Hereby:

ORDER the Reversal of the 7 September 2005 Hearing Officer's Decision and therefore find that the New School for Enterprise and Development PCS did not deny the defendants a free appropriate public education; and

FURTHER ORDERS: Defendants to reimburse attorney fees and costs to the plaintiffs.


_____
John Garrett Penn
United States District Court Judge