IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEW SCHOOL FOR ENTERPRISE AND DEVELOPMENT PCS** : : : | |
| **Plaintiff,** : : | Civil Action No. 05CV-1980 (JGP) |
| v. : : | |
| **RUBY LEDBETTER, et al.,** : : | |
| **Defendants.** : : | |

## MOTION OF DEFENDANTS LEDBETTER AND GAMBALE TO VACATE ENTRY OF DEFAULT

COME NOW, the Defendants, Ruby Ledbetter, parent and next friend of G.E., a minor, and Roberta Gambale, Esquire, by and through their counsel, Tilman L. Gerald and James E. Brown & Associates, PLLC, and pursuant to Rule 55 (c) of the Federal Rules of Civil Procedure respectfully moves this Honorable Court to vacate and/or set aside the entry of default that was made by the Clerk on January 23, 2006 for the reasons that are more specifically set forth in the Memorandum of Points and Authorities Submitted in Support of Their Motion, filed contemporaneously herewith and incorporated by reference as though set

forth in its entirety.

                                                             Respectfully submitted

/s/ _____
Tilman L. Gerald
James E. Brown & Associates, PLLC
Unified Bar No. 928796
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098

***Attorneys for Defendants Ruby Ledbetter and Roberta Gambale, Esquire***

Dated: **February 1, 2006**