IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ENTERPRISE FOR ENTERPRISE AND DEVELOPMENT PCS | : : : |
| Plaintiff, | : : :Civil Action No. 05cv1980(JGP) |
| v. | : : |
| RUBY LEDBETTER, et al., | : : : |
| Defendants. | : : |

**OPPOSITION OF DEFENDANTS LEDBETTER AND GAMBALE
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COME NOW, the Defendants, Ruby Ledbetter, parent and next friend of G.E., a minor, and Roberta Gambale, Esquire, by and through their counsel, Tilman L. Gerald and James E. Brown & Associates, PLLC, and hereby oppose the Plaintiff's Motion for Default Judgment for the reasons that are set forth in the Memorandum of Points and Authorities Submitted in Support of Defendant's Motion to Vacate Entry of Default which is incorporated herein by reference as though set forth in its entirety.

Respectfully submitted

/s/
Tilman L. Gerald
James E. Brown & Associates, PLLC
Unified Bar No. 928796
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098
***Attorneys for Defendants Ruby Ledbetter
and Roberta Gambale, Esquire***

Dated:02/03/06