UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE**<br>    **AND DEVELOPMENT**<br>    **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CA NO. 05CV1980 (JGP) |
| | : | |
| **RUBY LEDBETTER**, *et alia* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

### ORDER

In consideration of the Defendant's Motion to Vacate Entry of Default and Plaintiff's Motion for Default Judgment, on this _____ day of _____, 2006, it is hereby:

ORDERED: The Motion to Vacate Entry of Default is DENIED;

FURTHER ORDERED: The Motion for Default Judgment is GRANTED.

_____
John Garrett Penn
United States District Court Judge