UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
| **AND DEVELOPMENT** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CA NO. 05CV1980 (JGP) |
| | : | |
| **RUBY LEDBETTER,** *et alia* | : | |
| | : | |
| Defendants | : | |
| | : | |

## RULE 16.3 REPORT

I. <u>STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES:</u>

This is an action brought under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1461, appealing a Hearing Officer's Determination issued on September 7, 2005. The hearing officer ordered New School for Enterprise and Development (NSED) to fund independent evaluations and convene an MDT/IEP meeting upon completion of those evaluations. NSED seeks reversal of that determination.

Pursuant to Rule 16.3, the parties state their positions as follows:

(1) Case Tracking Category and Resolution by Summary Judgment: Based on information available the parties believe that this case can be decided by dispositive motions.

1

(2) Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: The parties do not anticipate the need for joining or amending the pleadings. At this time, the Plaintiff does not believe that the factual and legal issues can be agreed upon or narrowed.

(3) Assignment to Magistrate Judge: The Plaintiff does not consent to the assignment of this case to a magistrate judge.

(4) Potential for Settlement: The Plaintiff will discuss settlement, but does not believe that a settlement is possible at this time.

(5) ADR Procedures: The Plaintiff is not amenable to ADR at this time.

(6) Motions for Summary Judgment: The parties believe this case can be decided by dispositive motions. The plaintiff proposes the following schedule:

    (a) The administrative record to be filed by January 12, 2007.

    (b) Plaintiff's motion for summary judgment to be filed 45 days after the filing of the administrative record (February 26, 2007).

    (c) Defendant's Opposition and Motion for Summary Judgment to be filed 45 days after Plaintiff's Motion (April 12, 2007).

    (d) Plaintiff's Opposition and Reply to be filed 30 days after Defendant's Opposition is filed; (May 14, 2007)

    (e) Defendant's Reply to be filed 30 days after plaintiff's reply (June 13, 2007).

Defendants propose the following schedule:

    (a) The administrative record to be filed by December 15, 2006.

   (b) Plaintiff's motion for summary judgment to be filed 45 days after the filing of the administrative record (January 29, 2007).

   (c) Defendants' Opposition and Motion for Summary Judgment to be filed 45 days after Plaintiff's Motion (March 15, 2007).

   (d) Plaintiff's Opposition and Reply to be filed 30 days after Defendant's Opposition is filed; (April 14, 2007)

   (e) Defendants' Reply to be filed 30 days after plaintiff's reply (May 15, 2007).

(7) Rule 26(a)(1) Disclosure: The Parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) The parties do not believe discovery is necessary.

(9) Rule 26(a)(2): The Plaintiff does not believe there will be a need for expert witnesses.

(10) The instant case is not a class action.

(11) Bifurcation of Trial or Discovery: The parties do not foresee a need to bifurcate discovery or trial.

(12) Pre-Trial Conference Date: There is no need for a pretrial conference at this time.

(13) Trial Date: There is no need to set a trial date at this time.

(14) The parties are not aware of any other matters that require inclusion in a scheduling order.

      Respectfully submitted,


   /s/  William E. Houston
William E. Houston, Esq. [450223]
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)


   /s/ Roxanne Neloms
Roxanne Neloms, Esq. [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
202-742-2098 (F)
Counsel for Defendant


    /s/ Tillman L. Gerald.
Tillman L. Gerald, Esq.   [928796]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
202-742-2098 (F)
Counsel for Defendant