UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE ) <br> AND DEVELOPMENT PUBLIC ) <br> CHARTER SCHOOL ) <br> ) <br>     Plaintiff ) <br> ) <br>     v. ) <br> ) <br> RUBY LEDBETTER, *et al.* ) <br> ) <br>     Defendants ) | Civil Action No. 05-1980 (JGP) |

**ORDER**

This case were filed on October 6, 2005. Based on the representations of the parties in their Rule 16.3 report [15], it is hereby **ORDERED**

    1. The case will remain with this Court for all purposes except discovery. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

    2. Plaintiff shall file the administrative record on or before December 15, 2006.

    3. Plaintiff may file a summary judgment motion on or before January 29, 2007

    4. Defendant may file a cross-motion for summary judgment and an opposition to Plaintiff's motion on or before March 15, 2007.

    5. Plaintiff may file a reply in support of its motion and an opposition to Defendant's motion on or before April 16, 2007.

6. Defendant may file a reply on or before May 16, 2007.

7. The parties shall advise the Court if they think mediation is appropriate. If the case is referred for mediation, discovery will proceed as scheduled.

8. If the parties object to anything in this order, they may file objections on or before October 25, 2006.

9. The initial scheduling conference previously set for October 19, 2006 is cancelled.

**SO ORDERED.**

**DATE: October 18, 2006**                                        **JOHN GARRETT PENN**
                                                                  **United States District Judge**