UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEW SCHOOL FOR ENTERPRISE | : | |
|    AND DEVELOPMENT | : | |
|    PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CA NO.  05CV1980  (JGP) |
| | : | |
| RUBY LEDBETTER, *et alia* | : | |
| | : | |
| Defendants | : | |
| | : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD

The Plaintiff, by and through counsel, hereby requests that deadline to file the administrative record be reset to January 31, 2007, given the delay in receiving the administrative record and transcript and the need to redact the documents before fling them.  Counsel for the defendants consented to this motion.

The parties, therefore, propose the following briefing schedule to follow the filing of the administrative record:

- Plaintiff's motion for summary judgment to be filed 45 days after the filing of the administrative record (March 19, 2007).

- Defendants' Opposition and Motion for Summary Judgment to be filed 45 days after Plaintiff's Motion (May 3, 2007).

- Plaintiff's Opposition and Reply to be filed 30 days after Defendant's Opposition is filed; (June 4, 2007)

- Defendants' Reply to be filed 30 days after plaintiff's reply (July 5, 2007).

Respectfully submitted,

\_\_\_\_/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2006, a copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD was filed electronically with the District Court for the District of Columbia.

_____/s/_____
William E. Houston, Esq.