UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
|    **AND DEVELOPMENT** | : | |
|    **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
|    **Plaintiff** | : | |
| | : | |
|        v. | : | CA NO.  05CV1980  (JGP) |
| | : | |
| **RUBY LEDBETTER,** *et alia* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER

In consideration of the Consent Motion for Extension of Time to File the Administrative Record, on this _____ day of _____, 2006, it is hereby:

ORDERED: The Motion is GRANTED.


                                                        _____
                                                        John Garrett Penn
                                                       United States District Court Judge