UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEW SCHOOL FOR ENTERPRISE** : <br>   **AND DEVELOPMENT** : <br>   **PUBLIC CHARTER SCHOOL** : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> **RUBY LEDBETTER,** *et alia* : <br> : <br> Defendants : <br> : | CA NO.  05CV1980  (JGP) |

## CONSENT MOTION TO AMEND CAPTION

The plaintiff, by and through counsel, requests this Court to amend the caption of this case so it no longer reflects Roberta Gambale as a defendant. Ms. Gambale was served as counsel to Ruby Ledbetter and the minor, G.E., but was never intended to be a defendant in this matter.

The complaint in this case was originally filed with this Court on October 6, 2005. The caption stated New School for Enterprise and Development Public Charter School versus Ruby Ledbetter on behalf of G.E., a minor child . The complaint was to be served to the named defendant, Ms. Ledbetter and her counsel, Roberta Gambale. The word "defendants" however was placed under Ms. Gambale's name instead of under Ms. Ledbetter's name. Consequently, the case was docketed with Ms. Gambale as a named party.

The plaintiff only served Ms. Gamble because the school knew Ms. Ledbetter was represented by counsel. The school believed serving both Ms. Ledbetter and her counsel would be best practice to ensure the complaint was served and to ensure a response would be filed.

    The complaint itself does not mention Ms. Gamble and no relief has been requested from Ms. Gambale at this time. The fact that the word "defendants" was placed below Ms. Gamblae's name was inadvertent as the plaintiff did not intend to name Ms. Gambale as a party. Based on this oversight, we request that the Court change the caption to only include Ms. Ledbetter and G.E. The facts, allegations and relief sought in the complaint remain the same, so the substantive issues have not changed. Since the substantive issues are the same, the plaintiff does not believe the parties have been prejudiced by the mistake in the caption.

    Pursuant to Local Rule 7.1, plaintiff's counsel faxed a copy of this motion to the attorney of record for Ms. Ledbetter and G.E. and counsel consented to the motion.

    **WHEREFORE**, Plaintiff respectfully requests this court to amend the caption of the complaint to include only Ruby Ledbetter and G.E. as defendants, thereby removing Roberta Gambale as a defendant.

        Respectfully submitted

           //S//

        _____
        William E. Houston, Esq.
        D.C. Bar No. 450223
        Dalton, Dalton, & Houston, P.C.
        1008 Pendleton Street
        Alexandria, Virginia 22314-1837
        (703) 739-4300 (O)
        (703) 739-2323 (F)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEW SCHOOL FOR ENTERPRISE** : <br>    **AND DEVELOPMENT** : <br>    **PUBLIC CHARTER SCHOOL** : <br> : <br> **Plaintiff** : <br> : <br> v.  : <br> : <br> **RUBY LEDBETTER**, *et alia* : <br> : <br> **Defendants** : <br> : | CA NO.  05CV1980  (JGP) |

## STATEMENT OF POINTS AND AUTHORITIES

The plaintiffs, by and through counsel, request this Court to amend the caption of the complaint pursuant to Federal Rules of Civil Procedure 7 and 15.

Respectfully submitted

//S//

_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)