UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
| **AND DEVELOPMENT** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CA NO.  05CV1980  (JGP) |
| | : | |
| **RUBY LEDBETTER,** *et alia* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER

In consideration of the Plaintiff's Motion to Amend the Caption, on this _____ day of

_____, 2006, it is hereby:

ORDERED: The Motion to Amend the Caption is GRANTED;

FURTHER ORDERED: Roberta Gambale is removed as a defendant in this action.

_____
John Garrett Penn
United States District Court Judge