UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE )<br>AND DEVELOPMENT PUBLIC )<br>CHARTER SCHOOL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUBY LEDBETTER, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 05-1980 (JGP) |

**ORDER**

Upon consideration of Plaintiff's **Consent Motion For Extension of Time to File The Administrative Record** [17], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motions schedule:

1. Plaintiff shall file the administrative record on or before January 31, 2007.

2. Plaintiff may file a summary judgment motion on or before March 19, 2007.

3. Defendant may file a cross-motion for summary judgment and an opposition to Plaintiff's motion on or before May 3, 2007.

4. Plaintiff may file a reply in support of its motion and an opposition to Defendant's motion on or before June 4, 2007.

5. Defendant may file a reply on or before July 5, 2007.

**SO ORDERED.**

**DATE: December 19, 2006**                                **JOHN GARRETT PENN**
                                                           **United States District Judge**

1