UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE ) <br> AND DEVELOPMENT PUBLIC ) <br> CHARTER SCHOOL ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> RUBY LEDBETTER, *et al.* ) <br>   ) <br>   Defendants. ) | Civil Action No. 05-1980 (JGP) |

### ORDER

Upon consideration of Plaintiff's **Consent Motion to Amend Caption** [18], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the case caption is amended so that Roberta Gambale, who is serving as counsel for Ruby Ledbetter – one of the Defendants in this action, is removed as a named party in this case.[1]

**SO ORDERED**.

DATE: December 19, 2006                                   JOHN GARRETT PENN
                                                          **United States District Judge**

---

[1] Roberta Gambale was not named as a Defendant in Plaintiff's Complaint, although she was served with the Complaint. *See* Plt.'s Compl. at 1. Her name appears to have been added to the case caption due to a clerical mistake.