UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
|    **AND DEVELOPMENT** | : | |
|    **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
|    **Plaintiff** | : | |
| | : | |
|    v. | : | CA NO.  05CV1980  (JGP) |
| | : | |
| **RUBY LEDBETTER**, *et alia* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## MOTION TO DISMISS

The plaintiff, by and through counsel, requests to dismiss this case voluntarily pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff originally filed this action as an appeal of a decision rendered by a hearing officer at the District of Columbia Public Schools pursuant to the Individuals with Disabilities in Education Act, 20 USC 1415, et seq.  At the end of the 2005-2006 school year, the New School for Enterprise and Development ("New School") closed.  Since that time New School has remained a functioning business entity.  However, as of December 15, 2006, New School has dissolved.  It no longer has a charter from the District of Columbia and no longer functions as a business entity.  The plaintiff, therefore, cannot proceed with this appeal and requests to voluntarily dismiss this action.

Pursuant to Local Rule 41(a)(1)(ii), plaintiff's counsel contacted counsel for the defendant to obtain his consent to the dismissal and we have not received a response.

Because of the plaintiff's inability to continue with this action, the plaintiff requests that this case be dismissed

Respectfully submitted,

/s/
William E. Houston, Esq.
Attorney for Plaintiff
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)

POINTS AND AUTHORITIES

1.   Federal Rule of Civil Procedure 41