UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEW SCHOOL FOR ENTERPRISE** | : | |
| **AND DEVELOPMENT** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CA NO.  05CV1980  (JGP) |
| | : | |
| **RUBY LEDBETTER**, *et alia* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

In consideration of the Plaintiff's Motion to Dismiss, on this _____ day of

_____, 2006, it is hereby:

ORDERED: that the Plaintiff's Motion to Dismiss, is GRANTED.


_____
John Garrett Penn
United States District Court Judge