UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SCHOOL FOR ENTERPRISE ) <br> AND DEVELOPMENT PUBLIC ) <br> CHARTER SCHOOL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBY LEDBETTER, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 05-1980 (JGP) |

ORDER

Upon consideration of Plaintiff's voluntary **Motion to Dismiss** [21],[1] and Federal Rule of Civil Procedure 41(a), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is dismissed without prejudice.

**SO ORDERED**.

DATE: January 25, 2007                                JOHN GARRETT PENN
                                                      **United States District Judge**

---

[1] Pursuant to LCvR 7(b), Defendants were required to file an opposing memorandum, if any, within 11 days of service or the Court may treat the motion as conceded. The deadline has passed and Defendants have not filed an opposition or requested an extension of time in which to respond. The motion is conceded.